834

■ In the Matter of the AMERICAN JEWISH CONGRESS, Respondent, against ELMER A. CARTER et al., Constituting the State Commission Against Discrimination, Respondents, and ARABIAN OIL COMPANY, Appellant.— Motion to dismiss appeal from two orders denied. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.

■ CHARLES D. WARNECKE, Appellant v. NEW YORK CITY HOUSING AUTHORITY et al., Defendants, and H. R. H. CONSTRUCTION CORP., Respondent.— Determination unanimously affirmed, with costs to respondent of this appeal. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.

■ JACOB GOTTLIEB, Respondent, v. GUSTAVE B. GARFIELD et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.

■ JANE R. KING, Respondent, v. WILFRED S. KING, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.

■ GEORGE MORENG, Appellant, v. ARTHUR I. BOYER, Individually, and Doing Business under the Name of WHANG HOLLOW TINKERS, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.

■ GEORGE MORENG, Appellant, v. ARTHUR I. BOYER, Individually, and Doing Business under the Name of WHANG HOLLOW TINKERS, Respondent, et al., Defendant.— Motion for order striking out respondent's answering points and brief and striking out respondent's appearance in opposition denied, with $10 costs, in all respects. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.

■ DORA SUDOLSKY, Appellant, v. RALPH SUDOLSKY, Respondent.— Judgment unanimously affirmed, with costs to the respondent. The appeal from the ruling of the trial court setting aside the verdict and dismissing the complaint, incorrectly designated in the notice of appeal as an order, is dismissed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP HOLZER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bergan, JJ.

■ In the Matter of the Estate of HYMAN COOPER, Deceased. JENNY CITRON, as Administratrix of the Estate of HYMAN COOPER, Deceased, Appellant; WILLIAM COWEN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bergan, JJ.

■ NADELINE, INC., Appellant, v. SPEAR & COMPANY et al., Respondents, et al., Defendant. SPEAR & COMPANY, Respondent, v. NADELINE, INC., Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondents. Appeal from decision of December 18, 1959 dismissed, with costs. Judgment unanimously affirmed, with costs to the respondents. Appeal from decision of December 18, 1959 dismissed, with costs. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ JOHN POPKIN, Respondent, v. RUBEL CORPORATION et al., Appellants.— Judgment of July 8, 1959 unanimously affirmed, with costs to the respondent. No opinion. Order of October 14, 1959 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.